UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | CASE No. 1:17-cv-00292-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR APPEAL DOCUMENTS**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RESEND ECF NOS. 10 AND 11 TO PLAINTIFF AT PELICAN BAY STATE PRISON**<br><br>**(ECF No. 14)** |

Plaintiff initiated a civil rights action on March 2, 2017 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On April 19, 2017, the Court dismissed Plaintiff's complaint with prejudice for failure to state a claim. (ECF No. 8.) The Clerk of Court subsequently closed the case. (ECF No. 9.)

Plaintiff appealed to the United States Court of Appeals for the Ninth Circuit on May 12, 2017. (ECF No. 10.) On August 7, 2017, Plaintiff filed a motion to have certain documents related to his appeal resent to him. The motion is granted.

In light of the foregoing, it is HEREBY ORDERED that the Clerk's Office is

directed to resend ECF Nos. 10 and 11 to Plaintiff at Pelican Bay State Prison.

IT IS SO ORDERED.

Dated: August 10, 2017     /s/ *Michael J. Seng*
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2